NUMBER13-05-343-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________


JEFFREY W. MURRAY, Appellant,


v.



THOMAS PRASIFKA, ET AL., Appellees.

________________________________________________________


On appeal from the 156th District Court


of Bee County, Texas.


________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Garza


Memorandum Opinion Per Curiam



 Appellant, JEFFREY W. MURRAY, perfected an appeal from a judgment entered
by the 156th District Court of Bee County, Texas, in cause number B-03-1102-CV-B. 
The clerk's record was filed on June 13, 2005. The reporter's record was filed on May
24, 2005. Appellant's brief was due on September 1, 2006, but has yet to be filed
and no motion for extension of time was filed. By letter dated August 2, 2006, this
Court notified appellant at his address in the Stiles Unit, Texas Department of Criminal
Justice, Beaumont, Texas, of the deadline for filing his brief. The Court's letter was
returned, and the Court was informed that appellant was no longer at that address and
had left no forwarding address. 

 Accordingly, because appellant's brief has not been filed, and appellant has not
provided us with any other address or means of contacting him, we dismiss this appeal
for want of prosecution.

 PER CURIAM


Memorandum Opinion delivered and filed

this the 28th day of December, 2006